**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JUSTIN KRIVI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-113-GPM |
| | ) |
| ATTORNEY GENERAL and the | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Respondents. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

Petitioner Justin Krivi filed this emergency application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks immediate release from custody, claiming that he is the victim of false arrest based on the Government's reliance on the perjured statement of a witness.

Criminal charges are currently pending against Krivi in this Court. *See United States v. Krivi*, Case No. 07-cr-30143-GPM-CJP (S.D. Ill., filed Sept. 19, 2007). The Court notes that initially, Petitioner was released on an unsecured bond pending trial, but that bond was revoked less than a week later when Petitioner failed to appear and was found to have violated other conditions of his release. The instant petition, therefore, seems to be an attempt to circumvent the proceedings in that criminal matter, as well as an attempt to challenge evidence that apparently will be offered at trial. Habeas corpus is not the proper method to raise these issues; instead, Petitioner must proceed within the parameters of that criminal case.

Accordingly, the petition is **DENIED**, and this action is **DISMISSED** without prejudice to

Petitioner pursuing these arguments in the criminal proceeding. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: 6/12/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge
